**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DAVID PAGE, ADC #143815**                                                       **PLAINTIFF**

**v.**                  **CASE NO. 5:12CV00093 BSM/HDY**

**RICHARD CLARK et al.**                                                   **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 26] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

It is therefore ordered that defendants' motion to dismiss [Doc. No. 16] is denied.

IT IS SO ORDERED this 26th day of June 2012.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE