**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID PAGE
ADC #143815**                                                                                              **PLAINTIFF**

v.                              **CASE NO. 5:12CV00093 BSM**

**RICHARD CLARK et al.**                                                                     **DEFENDANTS**

### ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that Page's motion for a protective order [Doc. No. 37] is denied.

DATED this 19th day of October 2012.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE