**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID PAGE**                                                                                           **PLAINTIFF**
**ADC #143815**

**V.**                     **NO: 5:12CV00093 BSM**

**RICHARD CLARK et al.**                                                   **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to voluntarily dismiss his complaint [Doc. No. 75] is GRANTED and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. All other pending motions are DENIED AS MOOT.

3. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 18th day of March 2013.

                                                                                                             */s/ Brian S. Miller*
                                                      UNITED STATES DISTRICT JUDGE